■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANICE LORMIL, Appellant. [50 NYS3d 888]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Simpson, J.), imposed July 20, 2016, upon remittitur from this Court for resentencing (*see People v Lormil*, 134 AD3d 958 [2015]), upon her conviction of gang assault in the second degree, upon a jury verdict.

Ordered that the resentence is affirmed.

" 'The determination of whether to grant or deny youthful offender status rests within the sound discretion of the court and depends upon all the attending facts and circumstances of the case' " (*People v Mullings*, 83 AD3d 871, 872 [2011], quoting *People v Ortega*, 114 AD2d 912, 912 [1985]; *see People v Dawkins*, 146 AD3d 898 [2017]). Here, contrary to the defendant's contention, the Supreme Court providently exercised its discretion in denying the defendant youthful offender status (*see* CPL 720.20 [1]; *People v Dawkins*, 146 AD3d at 898; *People v Green*, 110 AD3d 825, 826 [2013]; *People v Barrett*, 105 AD3d

862, 864 [2013]; *People v Santiago*, 101 AD3d 1155 [2012]). Further, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Austin, LaSalle and Brathwaite Nelson, JJ., concur.